**United States District Court**
For the Northern District of California

**\*E-FILED ON 2/23/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH, | No. C04-01026 RMW (HRL) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| LEVI STRAUSS & CO., LAURA LIANG and DOES 1-50, | |
| Defendants. / | |
| RELATED COUNTER-ACTION / | |

Plaintiffs move for an order sealing pages attached as Exhibit D to the January 16, 2007 "Declaration of Joseph H. Ainley in Support of Motion of Plaintiffs Thomas Walsh and Robert Schmidt to Compel Production of Documents in Response to Subpoena Duces Tecum." Upon consideration of plaintiffs' application, as well as the documents submitted in support thereof, IT IS ORDERED THAT plaintiffs' motion is GRANTED. The above-referenced exhibit shall be filed under seal.

Dated:  February 23, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:04-cv-1026 Notice will be electronically mailed to:**

2 Joseph Heathcliff Ainley JAinley@popelka.com, gsimmons@popelka.com

3 Franklin Edward Bondonno fbondonno@popelka.com, dlee@popelka.com

4 Philip Edward Kay phil@nosexualharassment.com

5 Rebecca Justice Lazarus rjustice@gibsondunn.com, rmcbain@gibsondunn.com

6 Jeffry W. Lochner jlochner@popelka.com, kanderson@popelka.com; jlochner@verizon.net

7 Sheila Marie Pierce sheila.pierce@bingham.com

8 Erin E. Schneider eschneider@gibsondunn.com

9 Austin Van Schwing aschwing@gibsondunn.com

10 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2