**E-FILED on** 3/22/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEVI STRAUSS & CO., LAURA LIANG, et al.,<br><br>　　　　Defendants. | No. C-04-01026 RMW<br><br>ORDER OVERRULING PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S FEBRUARY 28, 2007 ORDER<br>**[Re Docket No. 138]** |

　　On March 13, 2007, plaintiffs filed an objection to the February 28, 2007 order of the magistrate judge assigned to this case denying plaintiffs' motion to compel. Plaintiffs' objection stated simply "Plaintiffs object to the Order issued on February 28, 2007 . . . denying plaintiffs' motion to compel production of documents as against third party Steven Todrys and Simpson Thatcher Bartlett. . . . Plaintiffs bring this motion pursuant to F.R.Civ.P. 72(a) and 28 U.S.C. § 636(b)(1)(A). Plaintiffs request the opportunity to more fully brief this issue consistent with the court's schedule." No further argument was submitted.

ORDER OVERRULING PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S FEBRUARY 28, 2007 ORDER—No. C-04-01026 RMW
MAG

1   Plaintiffs' objection is defective as the court cannot determine from plaintiffs' submission on
2 what grounds they object to the magistrate judge's ruling.  The court declines to permit the plaintiffs
3 "to more fully brief this issue" (whatever that issue may be) and overrules their objection.

6   DATED:   3/21/07                            *Ronald M Whyte*
                                                 RONALD M. WHYTE
7                                                United States District Judge

ORDER OVERRULING PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S FEBRUARY 28, 2007 ORDER—No. C-04-01026 RMW
MAG                                              2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Joseph Heathcliff Ainley | JAinley@popelka.com, gsimmons@popelka.com |
| Franklin Edward Bondonno | fbondonno@popelka.com, dlee@popelka.com |
| Philip Edward Kay | phil@nosexualharassment.com |

**Counsel for Defendants:**

| | |
|---|---|
| Rebecca Justice Lazarus | rjustice@gibsondunn.com, rmcbain@gibsondunn.com |
| Jeffrey A. Leon | jleon@leonandleon.com, leonandleon@leonandleon.com |
| Jeffry W. Lochner | jlochner@popelka.com, kanderson@popelka.com |
| Sheila Marie Pierce | sheila.pierce@bingham.com |
| Gabriel Neil Rubin | grubin@stblaw.com, jlaw@stblaw.com, hlelaind@stblaw.com |
| Erin E. Schneider | eschneider@gibsondunn.com |
| Austin Van Schwing | aschwing@gibsondunn.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/22/07                             /s/ MAG
                                    **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER OVERRULING PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S FEBRUARY 28, 2007 ORDER—No. C-04-01026 RMW
MAG                                                                         3