GIBSON, DUNN & CRUTCHER LLP
SCOTT A. FINK, SBN 083408
AUSTIN V. SCHWING, SBN 211696
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

*[Additional counsel listed on signature page]*

Attorneys for Defendant and Cross Complainant
LEVI STRAUSS & CO. and Defendant LAURA
LIANG

POPELKA ALLARD, A P.C.
JOSEPH H. AINLEY, SBN 141230
160 W. Santa Clara Street, 12th Floor
San Jose, California 95113-1733
Telephone: (408) 298-6611
Facsimile: (408) 285-0814

Attorneys for Plaintiffs and Cross Defendants
ROBERT SCHMIDT and THOMAS WALSH

***E-FILED - 7/25/07***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH,<br><br>Plaintiffs,<br><br>v.<br><br>LEVI STRAUSS & CO., LAURA LIANG, and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTION | CASE NO. C-04-01026 (RMW)<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE<br><br><br>Judge:   Hon. Ronald M. Whyte |

Pursuant to Federal Rule of Civil Procedure 26(f) and United States District Court for the Northern District of California Local Rule 16-9, Defendant and Cross Complainant Levi Strauss & Co., Defendant Laura Liang (collectively, "Defendants") filed a Case Management Conference Statement and Proposed Order for a Case Management Conference on July 13, 2007.  After meeting

---

Gibson, Dunn &
Crutcher LLP

AMENDED STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT; CASE NO. C-04-01026 (RMW)

and conferring, the parties stipulated and agreed to the case schedule below and filed a stipulation and proposed order at the direction of the Court Clerk to the Honorable Ronald M. Whyte. Unfortunately, there was a typographical error in one of the dates in that stipulation and proposed order. Accordingly, the parties file this amended stipulation and proposed order to correct the error.

| | |
|---|---|
| Present time through September 28, 2007 | Completion of depositions of factual discovery, subject to terms of Order of December 7, 2006. |
| November 2, 2007 | Motions for summary judgment due. |
| November 12, 2007 | Cut-off for filing factual discovery-related motions. |
| November 12, 2007 | Expert reports due. |
| November 30, 2007 | Opposition to motions for summary judgment. |
| December 21, 2007 | Expert discovery cut-off. |
| December 21, 2007 | Reply for summary judgment. |
| January 11, 2008 | Hearing on dispositive motions. |
| February 18, 2008 | File joint pretrial conference statement, voir dire questions*, motions in limine, proposed jury instructions*, proposed verdict form*. |
| March 6, 2008 | File oppositions to motions in limine, objections to voir dire*, objections to trial exhibits, objections to proposed jury instructions* and objections to verdict form*. |
| March 13, 2008 | Final pretrial conference.  The parties will schedule a settlement conference with Magistrate Judge Howard R. Lloyd prior to the final pretrial conference. |
| March 31, 2008 | Trial. |

   * If Court determines that trial shall be by jury. Defendants object to Plaintiffs' request for a jury trial with respect to their Sarbanes-Oxley claim. Defendants have filed a motion to strike the jury. The parties are currently waiting for a decision from this Court.

DATED: July 18, 2007

>GIBSON, DUNN & CRUTCHER LLP
>SCOTT A. FINK
>AUSTIN V. SCHWING
>REBECCA JUSTICE LAZARUS
>
>By:/s/ Scott A. Fink
>          Scott A. Fink
>
>Attorneys for Defendant and Cross Complainant LEVI STRAUSS & CO. and Defendant LAURA LIANG

2

AMENDED STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT; CASE NO. C-04-01026 (RMW)

TRACY M. PRESTON, SBN 154393
LEVI STRAUSS & CO.
1155 Battery Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 501-6000

ROBERT J. VIZAS, SBN 56187
ARNOLD & PORTER LLP
90 New Montgomery
San Francisco, California 94105
Telephone:  415-356-3001

Attorneys for Defendant and Cross Complainant
LEVI STRAUSS & CO.


POPELKA ALLARD, A P.C.
JOSEPH H. AINLEY

By: /s/ Joseph H. Ainley _____
         Joseph H. Ainley

Attorneys for Plaintiffs and Cross
Defendants ROBERT SCHMIDT
and THOMAS WALSH

## ORDER

IT IS SO ORDERED.

Dated:__7/25/07_____                   _____
                                             UNITED STATES DISTRICT JUDGE
                                             RONALD M. WHYTE

100264817_1.DOC