**\*E-FILED 10/24/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH, | No. C04-01026 RMW (HRL) |
| Plaintiffs,<br>v. | **ORDER VACATING HEARING RE DEFENDANT LEVI STRAUSS & CO.'S MOTION FOR CLARIFICATION** |
| LEVI STRAUSS & CO., LAURA LIANG and DOES 1-50, | |
| Defendants. | |
| RELATED COUNTER-ACTION | |

Pursuant to Civil Local Rule 7-1(b), defendant Levi Strauss & Co.'s motion for clarification (Docket No. 177) is deemed appropriate for determination without oral argument. Accordingly, the motion hearing noticed for October 30, 2007 is vacated. The matter will be decided upon the papers submitted.

Dated:   October 24, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:04-cv-1026 Notice will be electronically mailed to:**

Joseph Heathcliff Ainley JAinley@popelka.com, gsimmons@popelka.com

Franklin Edward Bondonno fbondonno@popelka.com, dlee@popelka.com

Adi Herzberg aherzberg@gibsondunn.com, bhonniball@gibsondunn.com, mjanky@gibsondunn.com

Philip Edward Kay phil@nosexualharassment.com

Rebecca Justice Lazarus rjustice@gibsondunn.com, rmcbain@gibsondunn.com

Jeffrey Alan Leon jleon@leonandleon.com, leonandleon@leonandleon.com

Jeffry William Lochner jlochner@popelka.com, jlochner@verizon.net, kanderson@popelka.com

Sheila Marie Pierce sheila.pierce@bingham.com

Gabriel Neil Rubin grubin@stblaw.com, hlelaind@stblaw.com, jlaw@stblaw.com

Erin E. Schneider eschneider@gibsondunn.com

Austin Van Schwing aschwing@gibsondunn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.