**United States District Court**
For the Northern District of California

**E-FILED on** 2/18/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH, <br><br> Plaintiffs, <br><br> v. <br><br> LEVI STRAUSS & CO., LAURA LIANG, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. C-04-01026 RMW <br><br> SCHEDULING ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF <br><br> **[Re Docket No. 205]** |

On February 6, 2008, the court scheduled various case management dates, including setting trial for May 27, 2008. Defendants Levi Strauss & Co. ("Levi") and Laura Liang ("Liang") had proposed a later trial date in November.

Plaintiffs Robert Schmidt ("Schmidt") and Thomas Walsh ("Walsh") have now moved *ex parte* to continue various case management dates because of the "necessity that plaintiffs' lead trial counsel withdraw." *See* Docket Nos. 203, 207, C-04-01026-RMW (N.D. Cal. Feb. 14 & 15, 2008). Schmidt and Walsh's motions argue that the withdrawal of their trial counsel has prejudiced their ability to present their case and suggest that the court adopt the case management schedule proposed by Levi and Liang at the case management conference on February 6, 2008.

SCHEDULING ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF
No. C-04-01026 RMW
TSF

1    Levi and Liang meanwhile filed the instant motion for administrative relief regarding the
2  filing of expert disclosures in light of the motion to continue various case management dates. They
3  propose that they lodge their expert reports with the court on February 20, 2008, as required by the
4  court's recent case management order, but not serve the expert reports on Schmidt and Walsh until
5  the court decides the motion to continue the trial date. Levi and Liang also indicate that they intend
6  to oppose the motion to continue the case management schedule, though they have not yet done so.

7    The court agrees that lodging the expert reports with the court is the most appropriate way to
8  handle the current situation. Accordingly, Levi and Liang's motion for administrative relief is
9  granted. The court is hopeful that the pending substitution of counsel signals a fresh start and will
10 enable this case to proceed to trial in an orderly manner.

DATED:    2/18/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Joseph Heathcliff Ainley | JAinley@popelka.com |
| Franklin Edward Bondonno | fbondonno@popelka.com |
| Jeffry William Lochner | jlochner@popelka.com |
| Philip Edward Kay | phil@nosexualharassment.com |

**Counsel for Defendants:**

| | |
|---|---|
| Adi Herzberg | aherzberg@gibsondunn.com |
| Rebecca Justice Lazarus | rjustice@gibsondunn.com |
| Sheila Marie Pierce | sheila.pierce@bingham.com |
| Erin E. Schneider | eschneider@gibsondunn.com |
| Austin Van Schwing | aschwing@gibsondunn.com |
| Jeffrey Alan Leon | jleon@leonandleon.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/18/08         TSF
                **Chambers of Judge Whyte**