*E-FILED - 2/25/08*

Joseph H. Ainley, Bar #141230
Reiner, Simpson & Slaughter, LLP
P. O. Box 494940

Redding, CA 96049-4940
(530) 241-1905

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT SCHMIDT and THOMAS WALSH

CASE NUMBER:

C-04-01026 xxxx RMW

Plaintiff(s)

v.

LEVI STRAUSS & CO.; LAURA LIANG and DOES 1-50, inclusive

Order Granting
SUBSTITUTION OF ATTORNEY

Defendant(s)

ROBERT SCHMIDT
*Name of Party*

[X] Plaintiff  [ ] Defendant  [ ] Other _____

hereby substitutes  Reiner, Simpson & Slaughter, LLP                                  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   2851 Park Marina Dr., Ste. 200
                                                                *Street Address*

Redding, CA 96001            530-241-1905       530-241-0622       141230
*City, State, Zip Code*      *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Popelka Law Group, APC
                                                 *Present Attorney*

Dated: January 31, 2008
                                            *Signature of Party*
                        ROBERT SCHMIDT

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 31, 2008
                                            *Signature of Present Attorney*
                        POPELKA LAW GROUP, APC

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 31, 2008
                                            *Signature of New Attorney*
                        JOSEPH H. AINLEY, Bar #141230

Substitution of Attorney is hereby  [XX] Approved.  [ ] Denied.

Dated: 2/22/08
                        *Ronald M. Whyte*
                        United States District Judge / xxxxxxxxxxxxxxxxxx

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.*

## SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                            G01

| | |
|---|---|
| Case Name: | Schmidt v. Levi Strauss & Co., et al. |
| Court: | United States District Court, Northern District |
| Case No.: | C-04-01026 WHA |
| Our File No. | 40381-001 |

# PROOF OF SERVICE

STATE OF CALIFORNIA } ss.
COUNTY OF SANTA CLARA }

    I am a citizen of the United States and a resident of the County of Santa Clara, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 150 Almaden Boulevard, Suite 1300, San Jose, CA 95113-2020. On the date set forth below I served the document[s] described as:

**SUBSTITUTION OF ATTORNEY**

on the following person[s] in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ x ]    [BY MAIL] I caused such envelope[s], as indicated above, with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]    [BY PERSONAL SERVICE] I caused such envelope[s], as indicated above, to be delivered by hand this date to the offices of the addressee[s].

[ ]    [BY FACSIMILE] I caused such document[s], as indicated above, to be transmitted by facsimile on this date to the offices of addressee[s] and the facsimile machine complies with Rule 2003(3) of the California Rules of Court and was reported as complete and without error at the time specified on the transmission confirmation report and was properly issued by the transmitting facsimile machine operating at [408] 275-0814.

[ ]    [BY FEDERAL EXPRESS] I caused such envelope[s], as indicated above, with postage thereon fully prepaid to be placed for collection by Federal Express at San Jose, California.

[ ]    [STATE] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]    [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 19, 2008 at San Jose, California.

                                                 *Sheila Smith*
                                                 SHEILA SMITH

POPELKA LAW GROUP, P.C.
150 Almaden Blvd, Suite 1300
San Jose, CA 95113-2020
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

| | |
|---|---|
| Case Name: | Schmidt v. Levi Strauss & Co., et al. |
| Court: | U.S. District Court, Northern District |
| Case No.: | C-04-01026 WHA |
| Our File No. | 40381-001 |

## SERVICE LIST

Scott A. Fink, Esq.  
GIBSON, DUNN & CRUTCHER LLP  
One Montgomery Street, Suite 3100  
San Francisco, CA 94104  
Ph: (415) 393-8200  
Fax: (415) 986-5309  

<u>Counsel for Levi Strauss & Co.</u>

Robert J. Vizas, Esq.  
ARNOLD & PORTER, LLP  
90 New Montgomery Street, Suite 600  
San Francisco, CA 94105  
Ph: (415) 356-3000  
Fax: (415) 356-3099  

<u>Co-Counsel for Levi Strauss & Co.</u>

Philip E. Kay, Esq.  
Lawrence A. Organ, Esq.  
LAW OFFICES OF PHILIP E. KAY  
736 43rd Avenue  
San Francisco, CA 94121  
Ph: (415) 387-6622  
Fax: (415) 387-6722  

<u>Co-Counsel for Plaintiffs</u>

Dale Barnes, Esq.  
BINGHAM, MCCUTCHEN  
Three Embarcadero Center, 18th Floor  
San Francisco, CA 94111  
Ph: (415) 393-2522  
Fax: (415) 393-2286  

<u>Attorneys for KPMG & Troy Rudd</u>

Jeff Leon, Esq.  
LEON & LEON  
2101 Webster Street, Suite 1570  
Oakland, CA 94612  
Ph: (510) 208-6600  
Fax: (510) 451-1010  

<u>Attorneys for Laura Liang</u>

Joseph H. Ainley, Esq.  
REINER, SIMPSON & SLAUGHTER, LLP  
P.O. Box 494940  
Redding, CA 96049-4940  
Ph: (530) 241-1905  

<u>Attorneys for Plaintiffs</u>

POPELKA LAW GROUP, P.C.
150 Almaden Blvd, Suite 1300
San Jose, CA 95113-2020
[408] 298-6611 Telephone
[408] 275-0814 Facsimile