1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1613
   Telephone:(408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorneys for Plaintiffs and Counter-Defendants
   ROBERT SCHMIDT and THOMAS WALSH

*E-FILED - 5/22/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT SCHMIDT and THOMAS WALSH, | NO. C-04-01026 (RMW) |
|---|---|
| Plaintiffs, | Order Granting **SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFFS AND COUNTER-DEFENDANTS** |
| vs. | |
| LEVI STRAUSS & CO., LAURA LING, and DOES 1-50, inclusive, | |
| Defendants. | |
| LEVI STRAUSS & CO., | |
| Cross-Complainant, | |
| vs. | |
| ROBERT SCHMIDT and THOMAS WALSH, | |
| Counter-Defendants. | |

Plaintiffs and Counter-Defendants, ROBERT SCHMIDT and THOMAS WALSH, hereby substitute MARK B. FREDKIN and MORGAN, FRANICH, FREDKIN & MARSH as counsel of record in place and stead of REINER SIMPSON & SLAUGHTER in this action.

The address and telephone number of Plaintiffs and Counter-Defendants' new counsel

| | |
|---|---|
| 1 | are: |
| 2 | MARK B. FREDKIN, ESQ |
| | MORGAN, FRANICH, FREDKIN & MARSH |
| 3 | 99 Almaden Boulevard, Suite 1000 |
| | San Jose, California  95113-1613 |
| 4 | Telephone:(408) 288-8288 |
| | Facsimile:  (408) 288-8325 |

**I consent to this substitution.**

Dated: _____                _____
                                 ROBERT SCHMIDT
                                 Plaintiff and Counter-Defendant


Dated: _____                _____
                                 THOMAS WALSH
                                 Plaintiff and Counter-Defendant


**I consent to this substitution.**

Dated: _____            REINER SIMPSON & SLAUGHTER



                                 By:_____

                                      (former counsel)


**We accept this substitution.**

Dated:_____              MORGAN, FRANICH, FREDKIN & MARSH


                                 By:_____
                                       MARK B. FREDKIN
                                       (new counsel)


**IT IS SO ORDERED.**

DATED: 5/22/08 _____    *Ronald M. Whyte*
                                 _____
                                 HON. RONALD M. WHITE
                                 UNITED STATES DISTRICT JUDGE

---

Case No. C-04-01026 (RMW)
SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFFS AND COUNTER-DEFENDANTS    2