MARK B. FREDKIN, ESQ. [State Bar No. 53550]
WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiffs and Counter-Defendants
ROBERT SCHMIDT and THOMAS WALSH

*E-FILED - 8/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LEVI STRAUSS & CO., LAURA LING, and DOES 1-50, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-ACTION | NO. C-04-01026 (RMW)<br><br>**STIPULATION TO SHORTEN TIME; [PROPOSED] ORDER THEREON**<br><br>Dept.:　　Courtroom 6, Fourth Floor<br>Judge:　　Hon. Ronald M. Whyte<br><br>Trial date:　January 12, 2009 |

　　　Trial in this matter is set for January 12, 2009.  Expert reports are due September 2, 2008 and the close of expert discovery is set for October 15, 2008.  The parties have been unable to informally resolve Plaintiff's request to designate two additional experts and have agreed to set Plaintiff's motion thereon on a shortened time basis in so that any further expert discovery may adhere to the dates already designated in the Case Schedule.

　　　**THE PARTIES HEREBY STIPULATE**, and request an Order thereon, that Plaintiffs ROBERT SCHMIDT and THOMAS WALSH's Motion For Leave To Disclose Additional Experts shall be set for hearing at 9:00 a.m., or as soon thereafter as the matter may be heard,

1 | on Friday, ~~August 22~~ September 12, 2008, in Courtroom 6 of the above-encaptioned Court.   (rmw)

2 |     Plaintiffs shall file and serve the moving papers by the close of business on July 25,

3 | 2008. Defendant's opposition shall be filed and served by the close of business on Friday,

4 | August 8, 2008. Plaintiffs' reply shall be filed and served by the close of business on Friday,

5 | August 15, 2008.

6 | Dated: July 25, 2008          MORGAN, FRANICH, FREDKIN & MARSH

8 | By _/s/ Mark B. Fredkin_____
9 | MARK B. FREDKIN, Attorney for Plaintiffs
   ROBERT SCHMIDT and THOMAS WALSH

10 | Dated: July 24, 2008          GIBSON, DUNN & CRUTCHER LLP

13 | By _____
14 | AUSTIN V. SCHWING, Attorney for Defendant
   LEVI STRAUSS & CO.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____        UNITED STATES DISTRICT COURT JUDGE

     September 12,                                                              (rmw)
1  on Friday, ~~August 22~~, 2008, in Courtroom 6 of the above-encaptioned Court.
2       Plaintiffs shall file and serve the moving papers by the close of business on July 25,
3  2008. Defendant's opposition shall be filed and served by the close of business on Friday,
4  August 8, 2008. Plaintiffs' reply shall be filed and served by the close of business on Friday,
5  August 15, 2008.
6  Dated: July 24, 2008              MORGAN, FRANICH, FREDKIN & MARSH
7
8                                    By _____
                                        MARK B. FREDKIN, Attorney for Plaintiffs
9                                       ROBERT SCHMIDT and THOMAS WALSH
10
   Dated: July 24, 2008              GIBSON, DUNN & CRUTCHER LLP
11
12
13                                   By _____
                                        AUSTIN V. SCHWING, Attorney for Defendant
14                                      LEVI STRAUSS & CO.
15
16                                         **ORDER**
17       PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
19  Date:  _8/5/08_____            _Ronald M. Whyte_____
                                        UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28

STIPULATION TO SHORTEN TIME;
[PROPOSED] ORDER THEREON                                                           2
Case No. C-04-01026 (RMW)