1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1613
   Telephone:(408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorneys for Plaintiffs and Counter-Defendants
   ROBERT SCHMIDT and THOMAS WALSH

*E-FILED - 8/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT SCHMIDT and THOMAS WALSH, | NO. C-04-01026 (RMW) |
|---|---|
| Plaintiffs, | *AMENDED* |
| vs. | STIPULATION TO SHORTEN TIME; [PROPOSED] ORDER THEREON |
| LEVI STRAUSS & CO., LAURA LING, and DOES 1-50, inclusive, | Dept.:   Courtroom 6, Fourth Floor |
| Defendants. | Judge:   Hon. Ronald M. Whyte |
|  | Trial date:   January 12, 2009 |
| AND RELATED COUNTER-ACTION |  |

Trial in this matter is set for January 12, 2009.  Expert reports are due September 2, 2008 and the close of expert discovery is set for October 15, 2008.  The parties have been unable to informally resolve Plaintiff's request to designate two additional experts and have agreed to set Plaintiff's motion thereon on a shortened time basis in so that any further expert discovery may adhere to the dates already designated in the Case Schedule.

**THE PARTIES HEREBY STIPULATE**, and request an Order thereon, that Plaintiffs ROBERT SCHMIDT and THOMAS WALSH's Motion For Leave To Disclose Additional Experts shall be set for hearing at 10:30 a.m., or as soon thereafter as the matter may be heard,

1    on ~~Friday, August 22~~, 2008, in Courtroom 6 of the above-encaptioned Court.    (rmw)
      Monday August 18,

2          Plaintiffs shall file and serve the moving papers by the close of business on July 25,

3    2008. Defendant's opposition shall be filed and served by the close of business on Friday,

4    August 8, 2008. Plaintiffs' reply shall be filed and served by the close of business on Friday,

5    August 15, 2008.

6    Dated: July 25, 2008        MORGAN, FRANICH, FREDKIN & MARSH

7

8    By *[signature]*

    MARK B. FREDKIN, Attorney for Plaintiffs
9        ROBERT SCHMIDT and THOMAS WALSH

10

11    Dated: July 24, 2008        GIBSON, DUNN & CRUTCHER LLP

12

13                By _____
    AUSTIN V. SCHWING, Attorney for Defendant
14        LEVI STRAUSS & CO.

15

16                **ORDER**

17    PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19    Date: _____

            UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION TO SHORTEN TIME;
~~[PROPOSED]~~ ORDER THEREON
Case No. C-04-01026 (RMW)        2

(rmw)

1  on ~~Friday, August XX,~~ Monday August 18, 2008, in Courtroom 6 of the above-encaptioned Court.

2      Plaintiffs shall file and serve the moving papers by the close of business on July 25,

3  2008. Defendant's opposition shall be filed and served by the close of business on Friday,

4  August 8, 2008. Plaintiffs' reply shall be filed and served by the close of business on Friday,

5  August 15, 2008.

6  Dated: July 24, 2008      MORGAN, FRANICH, FREDKIN & MARSH

8  By _____
    MARK B. FREDKIN, Attorney for Plaintiffs
9      ROBERT SCHMIDT and THOMAS WALSH

10 Dated: July 24, 2008      GIBSON, DUNN & CRUTCHER LLP

13 By _____
    AUSTIN V. SCHWING, Attorney for Defendant
14     LEVI STRAUSS & CO.

16  **ORDER**

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Date: 8/5/08      *Ronald M. Whyte*
    UNITED STATES DISTRICT COURT JUDGE