**\*E-FILED 10/20/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH, | No. C04-01026 RMW (HRL) |
| Plaintiffs, | **SUPPLEMENTAL ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| LEVI STRAUSS & CO., et al., | |
| Defendants. / | |
| RELATED COUNTER-ACTION / | |

   IT IS ORDERED THAT representatives from the Law Offices of Philip E. Kay and the Popelka Law Group with full authority to negotiate and settle this case shall attend the November 3, 2008 settlement conference at 11:00 a.m.

Dated:   October 20, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:04-cv-1026 Notice will be electronically mailed to:**

Popelka Law Group jmcintyre@popelka.com

Adi Herzberg aherzberg@gibsondunn.com, bhonniball@gibsondunn.com, mjanky@gibsondunn.com

Austin Van Schwing aschwing@gibsondunn.com

Erin E. Schneider schneidere@sec.gov

Gabriel Neil Rubin grubin@stblaw.com, hlelaind@stblaw.com, jlaw@stblaw.com

Jeffrey Alan Leon jleon@leonandleon.com, leonandleon@leonandleon.com

John Franklin McIntyre , Jr jmcintyre@popelka.com, mshea@popelka.com, ssmith@popelka.com

Kevin Brooke Clune kclune@gibsondunn.com

Mark B. Fredkin mfredkin@mffmlaw.com, crogers@mffmlaw.com, dolson@mffmlaw.com, dwaslif@mffmlaw.com, gdent@mffmlaw.com, jlira@mffmlaw.com, mramos@mffmlaw.com, wsiamas@mffmlaw.com

Philip Edward Kay phil@nosexualharassment.com

Rebecca Justice Lazarus rjustice@gibsondunn.com, rmcbain@gibsondunn.com

Scott A. Fink bhonniball@gibsondunn.com, sfink@gibsondunn.com

Sheila Marie Pierce sheila.pierce@bingham.com, diane.lizardo@bingham.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.