MARK B. FREDKIN, ESQ.. [State Bar No. 53550]
WILLIAM SIAMAS, ESQ.  [State Bar No. 133111]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613          *E-FILED 10/30/2008*
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiffs and Counter-Defendants
ROBERT SCHMIDT and THOMAS WALSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH,<br><br>Plaintiffs,<br><br>vs.<br><br>LEVI STRAUSS & CO., LAURA LING, and DOES 1-50, inclusive,<br><br>Defendants.<br>AND RELATED COUNTER-ACTION | NO. C-04-01026 (RMW)<br><br>ON<br>[PROPOSED] ORDER PURSUANT TO STIPULATION TO SET HEARING ON SHORTENED TIME BASIS |

IT IS HEREBY ORDERED that pursuant to stipulation of Plaintiffs and Defendant, Plaintiffs' Motion to Compel Production of Documents from Defendant's disclosed expert John Staples shall be set for hearing on a shortened time basis on November 7, 2008 at 10:00 a.m. in Department 2.  Plaintiffs shall file and serve the moving papers on October 29, 2008.  Defendant shall file and serve its opposition on October 31, 2008.  Plaintiffs' reply is waived. **The court will notify the parties if, upon review of the papers, it deems the matter appropriate for determination without oral argument.**

DATED:  October 29, 2008

_____
HONORABLE HOWARD R. LLOYD
MAGISTRATE JUDGE OF THE NORTHERN
DISTRICT OF CALIFORNIA

[PROPOSED] ORDER PURSUANT TO STIPULATION TO SET
HEARING ON SHORTENED TIME BASIS;