MARK B. FREDKIN, ESQ. [State Bar No. 53550]
WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiffs and Cross-Defendants
ROBERT SCHMIDT and THOMAS WALSH

*E-FILED - 12/11/08*

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SCHMIDT and THOMAS WALSH,<br><br>Plaintiffs,<br><br>vs.<br><br>LEVI STRAUSS & CO., LAURA LING, and DOES 1-50, inclusive,<br><br>Defendants. | NO. C-04-01026 (RMW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT AND CROSS-ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND ORDER** |
| AND RELATED CROSS-ACTION | |

WHEREAS, a Settlement Agreement was reached on the record between Plaintiffs and Cross-Defendants ROBERT SCHMIDT and THOMAS WALSH and Defendant and Cross-Complainant, LEVI STRAUSS & CO., and

WHEREAS, the parties wish to dismiss their respective actions in light of the settlement which was reached before Honorable Magistrate, Howard R. Lloyd,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that given the

---

Stipulation of Dismissal With Prejudice of the Complaint and Cross-Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)
Case No. C-04-01026 (RMW)

1

settlement, that the complaint and cross action should be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: November 5, 2008.    MORGAN, FRANICH, FREDKIN & MARSH

By: _____
MARK B. FREDKIN, ESQ.
WILLIAM SIAMAS, ESQ.
Attorneys for Plaintiffs and Cross-Defendants
ROBERT SCHMIDT and THOMAS WALSH

**IT IS SO STIPULATED.**

Dated: November 30, 2008.    GIBSON, DUNN & CRUTCHER LLP

By: _Scott Fink x AVS_____
SCOTT A. FINK
AUSTIN V. SCHWING
Attorneys for Defendant and Cross-Complainant
LEVI STRAUSS & CO.

**ORDER**

**IT IS SO ORDERED.**

DATED: 12/11/08    _Ronald M. Whyte_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

---

Stipulation of Dismissal With Prejudice of the Complaint and Cross-Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)
Case No. C-04-01026 (RMW)